# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>DANIEL VENEGAS,<br><br>                    Defendant. | Case No. 23-cr-1430-RBM<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Sec. 841(a)(1) – Possession of Methamphetamine with Intent to Distribute (Felony) |
|---|---|

The United States Attorney charges:

On or about June 20, 2023, within the Southern District of California, defendant, DANIEL VENEGAS, did knowingly intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: _____.

                                        RANDY S. GROSSMAN
                                        United States Attorney

                                        *James Y. Miao*

                                        JAMES Y. MIAO
                                        Assistant U.S. Attorney

JYM:kot:6/29/2023